JUDGE SAND

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ATLANTIC SPEDITIONS AG           :
                                 :
            Plaintiff,            :
                                 :       07 CV ____
    - against -                  :       ECF CASE
                                 :
APRILE S.P.A. a/k/a APRILE       :
SEAFREIGHT S.P.A.                :
                                 :
            Defendant.            :
------------------------------------------------------------X





## VERIFIED COMPLAINT

Plaintiff, ATLANTIC SPEDITIONS AG ("Plaintiff"), by and through its attorneys, Tisdale Law Offices LLC, as and for its Verified Complaint against the Defendants, APRILE S.P.A. a/k/a APRILE SEAFREIGHT S.P.A., ("Defendant"), alleges, upon information and belief, as follows:

1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and 28 United States Code § 1333.

2. At all material times to this action, Plaintiff was a foreign company duly organized and operating under foreign law with an office and place of business in Switzerland engaged by the Defendant as a non vessel operating common carrier.

3. Upon information and belief, at all material times to this action, Defendant Aprile S.P.A., a/k/a Aprile Seafreight S.P.A. was a foreign corporation or other business entity organized and existing under foreign law with an office and place of business in Italy who, as a forwarding agent, hired the Plaintiff to transport various cargos via ship.

4. Pursuant to bills of lading issued between the Parties, the Plaintiff agreed to transport various cargos for the account of the Defendant.

5. Pursuant to the bills of lading issued between the Parties, the Defendant was obligated to pay freight charges to the Plaintiff based on the cargo carried for Defendant's account.

6. The Defendant has failed to pay freight for several voyages and is in breach of the bills of lading issued.

7. As a result of Defendant's breaches of the bills of lading, the Plaintiff has sustained damages in the total principal amount of $753,167.30 exclusive of interest and attorney's fees.

8. The bills of lading are governed by Swiss law and provided that any disputes arising thereunder be resolved in the courts of Zurich, Switzerland.

9. Plaintiff is preparing to commence proceedings in Switzerland.

10. Despite due demand, Defendant has failed to pay the amounts of freight due and owing to the Plaintiff under several bills of lading.

11. Interest, costs and attorneys' fees are routinely awarded to the prevailing party in Swiss proceedings. As best as can now be estimated, Plaintiff expects to recover the following amounts:

| | | | |
|---|---|---|---|
| A. | Principal claim: | | $753,167.30 |
| B. | Estimated interest on claims: 3 years at 6.5%, compounded quarterly | | $150,633.46 |
| C. | Estimated attorneys' fees and costs: | | $250,000.00 |
| **Total** | | | **$1,153,800.76** |

11. The Defendant cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, but, upon information and belief, Defendant has, or will have during the

2

pendency of this action, assets within this District and subject to the jurisdiction of this Court, held in the hands of garnishees within the District which are believed to be due and owing to the Defendant.

12. The Plaintiff seeks an order from this court directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, and also pursuant to the United States Arbitration Act, 9 U.S.C. §§ 1 and 8, attaching, *inter alia*, any property of the Defendant held by any garnishees within the District for the purpose of obtaining personal jurisdiction over the Defendant, to compel arbitration and to secure the Plaintiff's claim as described above.

**WHEREFORE**, Plaintiff prays:

A. That process in due form of law issue against the Defendant, citing it to appear and answer under oath all and singular the matters alleged in the Complaint, failing which default judgment be entered against it in the sum of **$1,153,800.76.**

B. That since the Defendant cannot be found within this District pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, this Court issue an Order directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, also pursuant to the United States Arbitration Act, 9 U.S.C. §§ 1 and 8, attaching all goods, chattels, credits, letters of credit, bills of lading, effects, debts and monies, tangible or intangible, or any other funds up to the amount of **$1,153,800.76** belonging to, due or being transferred to, from, or for the benefit of the Defendant, including but not limited to such property as may be held, received or transferred in Defendant's name or as may be held, received or transferred for its benefit at, moving through, or within the possession, custody or control of banking/financial institutions

and/or other institutions or such other garnishees to be named, and that all persons claiming any interest in the same be cited to appear and pursuant to Supplemental Admiralty Rule B answer the matters alleged in the Complaint;

C.  That pursuant to 9 U.S.C. §§201 et seq. this Court recognize and confirm any foreign arbitration award or legal judgment in Plaintiff's favor against the Defendant as a judgment of this Court;

D.  That this Court award Plaintiff the attorneys' fees and costs incurred in this action; and

E.  That the Plaintiff have such other, further and different relief as the Court deems just, proper and equitable.

Dated: December 21, 2007
New York, NY

The Plaintiff,
ATLANTIC SPEDITIONS AG

By: _____
Thomas L. Tisdale (TT-5263)
Claurisse Campanale Orozco (CC 3581)
TISDALE LAW OFFICES LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
corozco@tisdale-law.com
ttisdale@tisdale-law.com

4

## ATTORNEY'S VERIFICATION

State of New York   )
                    )   ss.:   City of New York
County of New York  )

1. My name is Thomas L. Tisdale.

2. I am over 18 years of age, of sound mind, capable of making this Verification, and fully competent to testify to all matters stated herein.

3. I am a Member in the firm of Tisdale Law Offices, LLC, attorneys for the Plaintiff.

4. I have read the foregoing Verified Complaint and know the contents thereof and believe the same to be true and accurate to the best of my knowledge, information and belief.

5. The reason why this Verification is being made by the deponent and not by the Plaintiff is that the Plaintiff is a business organization with no officers or directors now within this District.

6. The source of my knowledge and the grounds for my belief are the statements made, and the documents and information received from, the Plaintiff and agents and/or representatives of the Plaintiff.

7. I am authorized to make this Verification on behalf of the Plaintiff.

Dated:   December 21, 2007
         New York, NY

/s/ Thomas L. Tisdale
Thomas L. Tisdale