

JUDGE SAND

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ATLANTIC SPEDITIONS AG          :
                                :
           Plaintiff,           :
                                :     07 CV ____
      - against -               :     ECF CASE
                                :
APRILE S.P.A. a/k/a APRILE      :
SEAFREIGHT S.P.A.               :
                                :
           Defendant.           :
-------------------------------------------------------X



### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: December 21, 2007
       New York, NY

The Plaintiff,
ATLANTIC SPEDITIONS AG

By: /s/ _____
Thomas L. Tisdale (TT 5263)
Claurisse Campanale-Orozco (CC 3581)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
corozco@tisdale-law.com
ttisdale@tisdale-law.com