*Sand, J.*
*Rm. 1450*

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: 12-27-07             │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ATLANTIC SPEDITIONS AG                         :

          Plaintiff,                        :

   - against -                                    :

APRILE S.P.A. a/k/a APRILE                     :
SEAFREIGHT S.P.A.                              :

        Defendant.                         :
------------------------------------------------------X

07 CV 11473

ECF CASE

## EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT

**WHEREAS**, on December 21, 2007 Plaintiff, ATLANTIC SPEDITIONS AG filed a

Verified Complaint herein for damages against the Defendant, APRILE S.P.A. a/k/a APRILE

SEAFREIGHT S.P.A. amounting to $1,153,800.76 and praying for the issuance of Process of

Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for

Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and

**WHEREAS**, the Process of Maritime Attachment and Garnishment would command that the

United States Marshal or other designated process server attach any and all of the Defendant's

property within the District of this Court; and

**WHEREAS**, the Court has reviewed the Verified Complaint and the Supporting Affidavit,

and the conditions of Supplemental Admiralty Rule B appearing to exist;

**NOW**, upon motion of the Plaintiff, it is hereby:

**ORDERED**, that Pursuant to Rule B of the Supplemental Rules for Certain Admiralty and

Maritime Claims, the Clerk of the Court shall issue Process of Maritime Attachment and

Garnishment against all tangible or intangible property, credits, letters of credit, bills of lading,

effects, debts and monies, electronic funds transfers, freights, sub-freights, charter hire, sub-charter

hire or any other funds or property up to the amount of **$1,153,800.76** belonging to, due or being

transferred to, from or for the benefit of the Defendant, including but not limited to such property as

may be held, received or transferred in Defendant's name or as may be held, received or transferred

for its benefit at, moving through, or within the possession, custody or control of banking/financial

institutions and/or other institutions or such other garnishee(s) to be named on whom a copy of the

Process of Maritime Attachment and Garnishment may be served; and it is further

**ORDERED** that supplemental process enforcing the Court's Order may be issued by the

Clerk upon application without further order of the Court; and it is further

**ORDERED** that following initial service by the U.S. Marshal or other designated process

server upon each garnishee, that supplemental service of the Process of Maritime Attachment and

Garnishment, as well as this Order, may be made by facsimile transmission or other verifiable

electronic means, including e-mail, to each garnishee; and it is further

**ORDERED** that service on any garnishee as described above is deemed effective continuous

service throughout the day from the time of such service through the opening of the garnishee's

business the next business day; and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee may

consent, in writing, to accept service by any other means.

Dated: _____ Dec.    24 ___, 2007        **SO ORDERED:**

                                          _____
                                          U. S. D. J.