UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ATLANTIC SPEDITIONS AG,

                    Plaintiff,

    - against -

APRILE S.P.A. a/k/a APRILE SEAFREIGHT S.P.A.

                    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**NOTICE OF APPEARANCE**

07 CV 11473

       **PLEASE TAKE NOTICE,** that the law firm Wuersch & Gering LLP appears as counsel for defendant APRILE S.P.A. a/k/a APRILE SEAFREIGHT S.P.A. in the above-captioned action.  All correspondence and communications directed to counsel for S.P.A. a/k/a APRILE SEAFREIGHT S.P.A. should be forwarded to Wuersch & Gering LLP.

Dated: New York, New York
       January 10, 2008

                                          WUERSCH & GERING LLP

                                          _/s/ Martin Gusy_
                                          Francesco Di Pietro, Esq. (FD-6383)
                                          Martin F. Gusy, Esq. (MG2504)
                                          Counsel for S.P.A. a/k/a APRILE
                                          SEAFREIGHT S.P.A.
                                          100 Wall Street, 21st Floor
                                          New York, New York 10005
                                          212-509-5050 (Telephone)
                                          (212) 509-9559 (Facsimile)
                                          francesco.dipietro@wg-law.com
                                          martin.gusy@wg-law.com

To:    Claurisse Campanale-Orozco, Esq.
        Tisdale Law Offices, LLC
        11 West 42nd Street, Suite 900
        New York, New York 10036