SAND, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-11-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ATLANTIC SPEDITIONS AG

            Plaintiff,

- against -

APRILE S.P.A. a/k/a APRILE
SEAFREIGHT S.P.A.

           Defendant.
------------------------------------------------------X

07 CV 11473 (LBS)
ECF CASE

### STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED between the parties herein, by their undersigned attorneys, that:

Upon endorsement of this Stipulated Order, this Court's Ex Parte Order of maritime attachment and garnishment is hereby vacated, and that plaintiff's action is dismissed with prejudice and without costs to any party.

The Plaintiff
ATLANTIC SPEDITIONS AG

By: *Claurisse C. Orozco*
Claurisse Campanale Orozco (CC3581)
Thomas L. Tisdale (TT 2162)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
corozco@tisdale-law.com

SO ORDERED:
*Leonard B. Sand*
Honorable Leonard B. Sand, U.S.D.J.

The Defendant
APRILE S.P.A. a/k/a APRILE SEAFREIGHT S.P.A.

By: _____
Francesco Di Pietro (FD 6383)
Wuersch & Gering, LLP
100 Wall Street, 21st Floor
New York, NY 10005
(212) 509-5050 - phone
(212) 509-9559

Dated: 2/11/08
New York, NY